BANK OF NEW YORK AND TRUST COMPANY, as Trustee under the Will of JOHN W. HAMERSLEY, Deceased, Plaintiff, *v.* LOUIS G. HAMERSLEY et al., Appellants and Respondents, and JAMES L. STEUART, as Administrator with the Will Annexed of HELEN R. H. STICKNEY, Appellant, Impleaded with Others.

*Decedent's estate — accounting of trustee — construction of will.*

*Bank of New York & Trust Co.* v. *Hamersley,* 210 App. Div. 57, affirmed.

(Argued January 23, 1925; decided February 25, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 28, 1924, modifying and affirming as modified a judgment construing the will of John W. Hamersley, deceased, entered upon a decision of the court on trial at Special Term in an action brought by the plaintiff to obtain a judicial settlement of its accounts as trustee.

*Frank S. Moore* for appellant.

*M'Cready Sykes, George L. Shearer, Harry H. Hoffnagle* and *Ambrose E. Chambers* for Louis G. Hamersley et al., appellants and respondents.

*Joseph H. Kohan* and *Anna M. Kross* for Harry H. Hawes et al., as executors, etc., respondents and appellants.

Judgment affirmed, with costs to each party or set of parties appearing by attorney payable out of the estate; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: McLAUGHLIN, J.